IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUANE I. TAYLOR                                                                  PLAINTIFF

v.                                  No. 4:10-cv-1556-DPM

JOHN L. MCCLELLAN MEMORIAL
VETERANS HOSPITAL                                                       DEFENDANT

ORDER

This case is now nearly a year old; and despite the Court's warning and extension of time for service, *Document No. 5*, Taylor still has not served the Veterans Hospital. The time in which to do so has passed. The Court therefore dismisses Taylor's case without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011