IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUANE I. TAYLOR                                                                    PLAINTIFF

v.                          No. 4:10-cv-1556-DPM

JOHN L. MCCLELLAN MEMORIAL
VETERANS HOSPITAL                                                          DEFENDANT

JUDGMENT

Taylor's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2011