IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUANE I. TAYLOR                                                                PLAINTIFF

v.                                      No. 4:10-cv-1556-DPM

JOHN L. MCCLELLAN MEMORIAL
VETERANS HOSPITAL                                                         DEFENDANT

## JUDGMENT

Taylor's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2011